MAYER, Plaintiff in error, vs. THE STATE, Defendant in error.

*October 3 — October 25, 1892.*

*Excise laws: Sale of liquor by agent.*

A sale of beer, whether to a dealer or to a consumer, cannot lawfully be made by an agent from a warehouse or store-room in a city other than that in which the brewery is located, without first obtaining a license from the city in which the sale is made.

ERROR to the County Court of *Winnebago* County.

The Fred Miller Brewing Company manufactures beer at Milwaukee. It established a warehouse or store-room at Neenah, where it kept its beer in kegs and other original packages. This warehouse was in charge of plaintiff in error, who conducted the business at Neenah. Without obtaining any license from the city of Neenah, the plaintiff in error, as agent of the brewing company, sold and delivered a half barrel of beer to one Ehlert, a duly licensed saloon keeper at Neenah. For this act he was adjudged guilty of selling malt liquors without license, and sentenced to pay a fine; and to review that judgment he sued out his writ of error.

For the plaintiff in error there was a brief by *Nath. Pereles & Sons* and *Byron Sanders,* and oral argument by *Mr. Sanders* and *W. B. Weller.*

The State ex rel. Star Prairie vs. St. Croix County.

For the defendant in error the cause was submitted on the brief of the *Attorney General* and *J. M. Clancey*, Assistant Attorney General.

WINSLOW, J.    The conviction must be affirmed.    The case is ruled by the decision in *Peitz v. State*, 68 Wis. 538. The only difference between the two cases is that in the *Peitz Case* the sale was made direct to the consumer, while here it was made to a dealer.    No distinction between the two cases is made by the excise law.    The terms of the statute cover both cases equally.

*By the Court.*— Judgment affirmed.